FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS JUN 2 0 2013

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | PHILIP M. FRAZIER |
| | ) | U.S. MAGISTRATE JUDGE |
| Plaintiff, | ) | SOUTHERN DISTRICT OF ILLINOIS |
| | ) | BENTON, ILLINOIS |
| v. | ) | CASE NO. 13-MJ-4024-PMF |
| | ) | |
| CLARENCE WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

# CRIMINAL COMPLAINT

I, Richard Minton, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

### Count 1

On or about May 14, 2013, in Perry County, within the Southern District of Illinois,

**CLARENCE WALKER,**

defendant herein, did knowingly possess any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported in interstate commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, including image files identified as:

    lsm-002-007.jpg  A color still image depicting early pubescent female children laying in a large bath tub with a lascivious view of two of the child's pubic area.

    lsm 04-08-081.jpg  This is a color still image depicting one prepubescent and one early pubescent female child standing in a bath tub pouring milk over their bodies with a lascivious view of the genitals.

all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2.

### Count 2

On or about May 20, 2013, in Perry County, within the Southern District of Illinois,

**CLARENCE WALKER,**

defendant herein, did knowingly possess any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported in interstate commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, including image files identified as:

1182530815903.jpg  This is a color still image of a less than one year old child with an adult male penis being placed in front of the child's face touching the child's fingers.

1182054212013.jpg  This is a color still image depicting a 4 to 5 year old female child laying on her back with her legs spread showing a lascivious view of her vagina. The child has her hand on an adult male's penis.

1181347091602.jpg  This is a color still image of a 2 to 3 year old female child laying on her back on a bed, a diaper is seen discarded nearby and there is what appears to be semen on her vagina, belly and legs.

1179898438421.jpg This is a color still image of a 1 to 2 year old female child being vaginally penetrated with what appears to be a penis shaped object.

all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2

# AFFIDAVIT

I, Richard Minton, being duly sworn, state that the following is true to the best of my knowledge and belief:

1. I am a Special Federal Officer with the United States Secret Service, Southern Illinois Cyber Crime Unit member and an Detective and sworn law enforcement officer for the Franklin County Sheriff's Office.

2. The statements contained in this affidavit are based upon my training and experience as an Detective with the Franklin County Sheriff's Office, information provided to me by other law enforcement officers and investigators, and upon my training in the investigation, seizure, and analysis of computers, electronic data, and electronic media. Since this affidavit is being submitted for the limited purpose of supporting a Complaint, I have not set forth every fact of this investigation.

3. P2P file sharing is a method of communication available to Internet users through the use of special software. Computers linked together through the Internet using this software from a network that allows for the sharing of digital files between users on the network. A user first obtains the P2P software, which can be downloaded from the Internet. In general, P2P software allows the user to set up file(s) on a computer to be shared with others running compatible P2P software. Bittorrent, one type of P2P software, sets up its searches by keywords typically on torrent websites. The results of a keyword search are displayed to the user. The website does not contain the files being shared only file referred to as a "torrent". The user then selects a .torrent file(s) from the results for download. This .torrent file contains instructions on how a user can download the file(s) referenced in the Torrent. The download of a file is achieved through a direct connection between the computer requesting the file and the computer(s) sharing the actual files (not the torrent file but the actual files referenced in the .torrent file using any bittorrent client.)

4. For example, a person interested in obtaining child pornographic images would open the bittorrent website on his/her computer and conduct a keyword search for files using a term such as "preteen sex." The results of the search are returned to the user's computer and displayed on the torrent site. The user selects a .torrent from the results displayed the file(s) he/she wants to download. Once the .torrent file is downloaded, it is used by a bittorrent program which the user had previously installed. The .torrent file is the set of instructions the program needs to find the files referenced in the .torrent file. The file(s) is downloaded directly from the computer or computers sharing the file. The downloaded file(s) is stored in the area previously designated by the user and/or the software. The downloaded file will remain until moved or deleted.

5. One of the advantages of P2P file sharing is that multiple files may be downloaded in parallel. This means that the user can download more than one file at a time. In addition, a user may download parts of one file from more than one source computer at a time. For example, a Bittorrent user downloading an image file may actually receive parts of the image from multiple computers. The advantage of this is that it speeds up the time it takes to download the file.

6. A P2P file transfer is assisted by reference to an Internet Protocol (IP) address. This address, expressed as four numbers separated by decimal points, is unique to a particular computer during an online session. The IP address provides a unique location, making it possible for data to be transferred between computers.

7. The computer running the file sharing application, in this case a Bittorrent application has an IP address assigned to it while it is on the internet. Bittorrent users are able to see the IP address of any computer system sharing files to them or receiving files from them. Investigators log the IP address which has sent those files or information regarding files being shared. Investigators can

then search public records (ARIN) that are available on the internet to determine the internet service provider who has assigned that IP address. Based upon the IP address assigned to the computer sharing files, subscriber information can be obtained from the internet service provider.

8. The computers that are linked together to form the P2P network are located throughout the world; therefore, the P2P network operates in interstate and foreign commerce.

9. On May 14, 2013, at 11:52 AM your affiant used a bittorrent application to conduct undercover investigations into the internet sharing of child pornography. During this investigation a computer sharing child pornography was located on the bittorrent files sharing network. Your affiant completely downloaded file(s) from a sharing client which had an IP address which was recorded along with the date and time of the file transfer. The sharing client reported that it was µTorrent 1.8.2. Files downloaded was as follows:

   a. Filename: lsm-002-007.jpg
      SHA1: 9A03FDACE95657787167E099ACBCBA25949B9CA5
      Description: This is a color still image depicting early pubescent female children laying in a large bath tub with a lascivious view of two of the child's pubic area.

   b. Filename: lsm 04-08-081.jpg
      SHA1:FD401D11F9FFD61D1333AC452654F26F776CA97C
      Description: This is a color still image depicting one prepubescent and one early pubescent female child standing in a bath tub pouring milk over their bodies with a lascivious view of the genitals.

5

10. Your affiant reviewed the completed download obtained from the IP address **63.142.114.151** and I believe based on my training and experience that the files contain child pornography as defined in Title 18, United States Code, Section 2256.

11. On May 20, 2013, at 10:06 AM your affaint used a bittorrent application to conduct undercover investigations into the internet sharing of child pornography. During this investigation a computer sharing child pornography was located on the bittorrent files sharing network. Your affiant completely downloaded file(s) from a sharing client which had an IP address which was recorded along with the date and time of the file transfer. The sharing client reported that it was µTorrent 1.8.2. Files downloaded was as follows:

    a    Filename: 1182530815903.jpg

    SHA1: 46003C25A235FAD6A4949C24FA0BD9378FCBB01F

    Description: This is a color still image of a less than one year old child with an adult male penis being placed in front of the child's face touching the child's fingers.

    b.    Filename:1182054212013.jpg

    SHA1: 6210BFE6C4FE05094C458EB6B1B11D5332D366EA

    Description: This is a color still image depicting a 4 to 5 year old female child laying on her back with her legs spread showing a lascivious view of her vagina. The child has her hand on an adult male's penis.

    c.    Filename: 1181347091602.jpg

    SHA1: FBEA1B5EFCE26A1BC0E4DB154FDC791DDAC09FC7

    Description: This is a color still image of a 2 to 3 year old female child laying on her back on a bed, a diaper is seen discarded nearby and there is what appears to be semen on her vagina, belly and legs.

    d.    Filename: 1179898438421.jpg

6

SHA1: C8F71AA44ED67F4533839BBD4B13DB3196FC478C

Description: This is a color still image of a 1 to 2 year old female child being vaginally penetrated with what appears to be a penis shaped object.

12. Your affiant reviewed the completed download obtained from the IP address **63.142.114.151** and I believe based on my training and experience that the files contain child pornography as defined in Title 18, United States Code, Section 2256.

13. Your affiant identified that the IP address of **63.142.114.151** belonged to Newwave Communications of Sikeston, Missouri. On May 21, 2013, a federal administrative subpoena was issued to Newwave Communications for IP records requesting subscriber information for the user of that IP address on the date and time the suspect files were obtained and the IP address was identified by your affiant.

14. On June 17, 2013, your affiant received a response regarding the IP address **63.142.114.151**. The Newwave Communications customer assigned that IP address is **Clarence Walker of 15 Mobile Home Rd. Du Quoin, Illinois, 62832.**

15. Since the computer hosting the child pornography images, via IP address **63.142.114.151** on May 14, 2013, at 11:52 AM CDT and May 20, 2013, at 10:06 AM CDT, was linked together with other computers to form the P2P network, and these computers are located throughout the world, the P2P network operates in interstate and foreign commerce. A person that includes child pornography files in his/her "shared" folder is hosting child pornography and therefore is promoting, presenting, and potentially distributing child pornography. A person that hosts child pornography is in violation of Title 18 Section 2252A(a)(3)(B) in that he/she is advertising,

7

promoting, and presenting child pornography in interstate and foreign commerce by means of a computer.

16. On June 18, 2013, a federal search warrant was obtained with respect to the residence at **15 Mobile Home Rd. Du Quoin, Illinois, 62832**. The search warrant was for the purpose of seizing evidence related to child pornography offenses.

17. On June 19, 2013, the search warrant was executed. In addition, defendant **Clarence Walker** provided a voluntary statement to law enforcement officers.

18. **Walker** admitted that he searched for and downloaded image and video files that contained child pornography. He admitted that he used the program µTorrent, which is the P2P client that had been previously identified as being used on the suspect computer by your affiant. He said that he used these depictions of child pornography for mastabortory purposes. **Walker** stated that after viewing the child pornography he would then delete the images and or videos.

19. While on scene your affiant performed a brief forensic preview of the computer owned by **Walker.** This preview revealed that there were images that had been deleted that were still recoverable in unallocated space. Your affiant believes, based on his training and experience, that there were files recovered that contain child pornography as defined in Title 18, United States Code, Section 2256.

20. **Walker** was shown images that your affiant had downloaded from him during this investigation. **Walker** recalled downloading three of the six images being:

   a. Filename: lsm-002-007.jpg
      SHA1: 9A03FDACE95657787167E099ACBCBA25949B9CA5

8

Description: This is a color still image depicting early pubescent female children laying in a large bath tub with a lascivious view of two of the child's pubic area.

    b.    Filename: lsm 04-08-081.jpg

SHA1:FD401D11F9FFD61D1333AC452654F26F776CA97C

Description: This is a color still image depicting one prepubescent and one early pubescent female child standing in a bath tub pouring milk over their bodies with a lascivious view of the genitals.

    a.    Filename: 1182530815903.jpg

SHA1: 46003C25A235FAD6A4949C24FA0BD9378FCBB01F

Description: This is a color still image of a less than one year old child with an adult male penis being placed in front of the child's face touching the child's fingers.

21. **Walker** related to law enforcement officers that he would have sexual urges when seeing female children in person as young as 8 years of age, however he had so far been able to resist those urges.

22. **Walker** did admit to the law enforcement that he had sexually assaulted the child in the case he had been previously convicted.

23. **Walker** was found to be non-compliant with the Illinois sex offender registry requirements in that he:

    a.    Has become employed at the McDonalds restaurant in Du Quoin, Illinois, and had not reported this employment to the Du Quoin Police Department as required by law.

    b.    Has a girlfriend who has two minor children who were not his own living in his residence and he had not disclosed the names and dates of birth of the minor children to the Du Quoin Police Department as required by Illinois law.

**FURTHER AFFIANT SAYETH NOT.**

_____
RICHARD E. MINTON, Detective

State of Illinois    )
                     ) SS.
County of Franklin  )

Sworn to before me, and subscribed in my presence on June 20, 2013, at Benton, Illinois.

_____
PHILIP M. FRAZIER
United States Magistrate Judge

Stephan R. Wigginton
United States Attorney

_____
Thomas E. Leggans
Assistant United States Attorney